THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN LESTER, Defendant-Appellant.

(No. 58064; ▮▮▮▮▮)

First District (5th Division)—February 15, 1974.

44

PER CURIAM.
DRUCKER, J., took no part.

James J. Doherty, Public Defender, of Chicago (Robert Morel Gray, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Linda West Conley, Assistant State's Attorneys, of counsel), for the People.